**Law Offices of Iwana Rademaekers, P.C.**

14785 Preston Road, Suite 550
Dallas, TX 75254
(214) 579-9319
(469) 444-6456 (FAX)

iwana@rademaekerslaw.com
Direct: (214) 564-9542

May 28, 2020

***VIA US PRIORITY MAIL EXPRESS***
Clerk of Court
US District Court, Eastern Dist of Kentucky
336 Carl Perkins Federal Building
1405 Greenup Avenue
Ashland, KY 41101

RE: *Michael Gearheart v. The Lincoln National Life Insurance Company*

Dear Clerk:

We enclose for filing in the above-referenced matter the following documents:

1. *Defendant's Notice of Removal*;
2. *Civil Cover Sheet;*
3. *Motion for Admission Pro Hac Vice; and*
3. *Defendant The Lincoln National Life Insurance Company's Disclosure Statement.*

We also enclose 1) a check in the amount of $400.00 for the Removal filing fee, and 2) a check in the amount of $125 for the Pro Hac Vice motion filing fee. By copy of this letter, copies of the enclosed documents have been forwarded to all counsel of record via US Priority Mail.

Thank you for your assistance. If you have any questions, please call.

Sincerely,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

Iwana Rademaekers

IR/sa
Enclosures

cc: Elizabeth A. Thornsbury, Esq. (Via US Priority Mail)