Court Name: U S DISTRICT COURT EDKY
Division: 0
Receipt Number: 0003158
Cashier ID: jsolomon
Transaction Date: 06/01/2020
Payer Name: Law Offices of Iwana Rademaeke

---

CIVIL FILING FEE
For: Law Offices of Iwana Rademaeke
Case/Party: D-KYE-0-CV-20-000060-001
Amount: $400.00

---

CHECK
Check/Money Order Num: 418
Amt Tendered: $400.00

---

Total Due: $400.00
Total Tendered: $400.00
Change Amt: $0.00

0:20-cv-60-HRW Michael Gearheart v. The Lincoln National Life Insurance Company