Court Name: U S DISTRICT COURT EDKY
Division: 0
Receipt Number: 0003159
Cashier ID: jsolomon
Transaction Date: 06/01/2020
Payer Name: The Law Offices of Iwana Radem

---

PRO HOC VICE
For: The Lincoln National Life Insu
Case/Party: D-KYE-0-20-CV-000060-001
Amount: $125.00

---

CHECK
Check/Money Order Num: 417
Amt Tendered: $125.00

---

Total Due: $125.00
Total Tendered: $125.00
Change Amt: $0.00

0:20-cv-60-HRW Michael Gearheart
v. The Lincoln National Life
Insurance Company