**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**Civil Action No. 20-60-HRW**

**MICHAEL GEARHART,** **PLAINTIFF,**

**v.** **<u>ORDER</u>**

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY,** **DEFENDANT.**

This matter is before the Court upon the Defendant's Notice of Removal.

Having reviewed the Notice of Removal and the record in this matter, and being otherwise sufficiently advised, the Court is satisfied that it may properly exercise jurisdiction over this matter.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED** that the removal of this action shall be sustained.

This 2nd day of June, 2020.

**Signed By:**
***Henry R Wilhoit Jr.***
**United States District Judge**