**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**Civil Action No. 20-60-HRW**

**MICHAEL GEARHART,** **PLAINTIFF,**

**v.** **<u>ORDER</u>**

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY,** **DEFENDANT.**

On behalf of Defendant The Lincoln National Life Insurance Company, Iwana Rademakers has moved the Court for the admission pro hac vice. The Court finds that the movant has tendered the required filing fee and certificate of good standing, and that Ms. Rademaekers has consented to the jurisdiction and rules of the Kentucky Supreme Court. Accordingly, pursuant to LR 83 .2( a), and the Court being duly and sufficiently advised, it is hereby ORDERED as follows:

1. The Motion for Admission Pro Hac Vice is SUSTAINED; and

2. Iwana Rademaekers is ADMITTED pro hac vice as counsel for Defendant in the above styled action.

This 2nd day of June, 2020.

**Signed By:**
***<u>Henry R Wilhoit Jr.</u>***
**United States District Judge**