**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**Civil Action No. 20-60-HRW**

**MICHAEL GEARHART,** **PLAINTIFF,**

**v.** **<u>ORDER</u>**

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY,** **DEFENDANT.**

Pursuant to Federal Rules of Civil Procedure and the Court being otherwise sufficiently advised,

**IT IS ORDERED HEREIN AS FOLLOWS:**

(1) **No later than June 19, 2020,** counsel for the parties shall **CONDUCT** the meeting of parties required by Rule 26(f) to discuss the nature and basis of their remaining claims and defenses and the possibilities of a prompt settlement or resolution of the case and to develop a proposed discovery plan;

(2) **At the time of the meeting,** counsel for the parties shall EXCHANGE the disclosures required by Rule 26(a)(1) and, in the future, shall MAKE supplemental disclosures when required by Rule 26(e); and,

(3) **No later than July 3, 2020,** counsel for the parties shall FILE a written joint report of the meeting advising the Court as to the following information:

(a) the views and proposals required by Rule 26(f);

(b) the length of time counsel reasonably believe will be necessary to complete all pretrial discovery;

( c) the length of time counsel reasonably believe will be necessary to file dispositive motions;

(d) the probable length of trial and whether there will be issues to submit to a jury.

This 5th day of June 2020.

**Signed By:**
***Henry R Wilhoit Jr.***
**United States District Judge**