**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**Civil Action No. 20-60-HRW**

**MICHAEL GEARHART,** **PLAINTIFF,**

**v.** **SCHEDULING ORDER**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** **DEFENDANT.**

This matter comes before the Court for appropriate scheduling upon the Joint Status Report of the parties. Therefore, the Court being sufficiently advised,

**IT IS ORDERED HEREIN AS FOLLOWS:**

(1) That by no later than July 31, 2020, the parties are directed to file the Administrative Record regarding the processing of the subject claim for employee benefits and applicable plan documents;

(2) That by no later than October 1, 2020, the parties shall file any motions to amend pleadings or join parties.

(3) That by no later than December 1, 2020, all discovery, if any, shall be completed;

(4) That by no later than January 2, 2021, both parties file dispositive motions with supporting memoranda;

(5) That on or before February 2, 2021, the parties shall file responsive memoranda;

(6) That if a party chooses to file a reply, the memorandum must be filed by no later

than March 1, 2021, at which time this matter shall stand submitted to the Court for review.

This 2nd day of July 2020.

**Signed By:**
***Henry R Wilhoit Jr.***
**United States District Judge**