**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND**

| | | |
|---|---|---|
| **MICHAEL GEARHEART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 0:20cv0060-HRW** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER EXTENDING SCHEDULING ORDER DEADLINE</u>**

On Motion to Extend Scheduling Order Deadline, filed by the Parties, the Court being of the opinion that the requested extension will not impact the trial date and is otherwise well taken, it is **HEHERBY ORDERED** that the Motion be **SUSTAINED** and the deadline for the Parties to file the Administrative Record is extended to and including August 31, 2020.

This 3rd day of August 2020.

**Signed By:**
***<u>Henry R Wilhoit Jr.</u>***
**United States District Judge**