**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND**

| | | |
|---|---|---|
| **MICHAEL GEARHEART,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** | **CIVIL ACTION NO. 0:20cv0060-HRW** |

**ORDER EXTENDING SCHEDULING ORDER DEADLINE**

On Motion to Extend Scheduling Order Deadline, filed by the Parties, the Court being of the opinion that the requested extension will not impact the trial date and is otherwise well taken, it is

ORDERED, that the deadline for the Parties to file the Administrative Record is extended to and including October 14, 2020.