**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND**

| | | |
|---|---|---|
| **MICHAEL GEARHEART,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 0:20cv0060-HRW** |

**<u>JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINE</u>**

Plaintiff Michael Gearheart and Defendant The Lincoln National Life Insurance Company file this *Joint Motion to Extend Scheduling Order Deadline* and would show the Court as follows:

1. Pursuant to the Order (document 16) entered by the Court on September 15, 2020, the Parties must file the Administrative Record by October 14, 2020.

2. The Parties are continuing to discuss a resolution of the case and want to save both the Court's resources and the Parties' time and expense of preparing the 2,452 page administrative record and filing dispositive motions if the case will be resolved through settlement. Progress has been made, but the Parties require additional time to complete these discussions. Accordingly, the Parties respectfully request that the Court enter an order that the Parties have until and including November 13, 2020, to file the administrative record so the parties can fully explore settlement options without incurring the time and expense required for the parties' counsel to prepare the administrative record and dispositive motions.

3. The Court entered a Scheduling Order (document 10) on July 2, 2020, containing the other following deadlines: complete discovery by December 1, 2020, file dispositive motions

by January 2, 2021, file responsive memoranda by February 2, 2021, and file replies by March 1, 2021. Accordingly, no other Scheduling Order deadlines will be affected by this extension.

**PRAYER**

Plaintiff and Defendant requests the Court enter an Order extending the deadline for submission of the Administrative Record until and including November 13, 2020.

Respectfully submitted, this 14th day of October 2020.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By: /s/Elizabeth A. Thornsbury
Elizabeth A. Thornsbury
Email: elizabeth@austinmehr.com
M. Austin Mehr
Email: amehr@austinmehr.com
MEHR, FAIRBANKS & PETERSON
Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Elizabeth A. Thornsbury
Email: elizabeth@austinmehr.com

M. Austin Mehr
Email: amehr@austinmehr.com

October 14, 2020 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers