**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND**

**MICHAEL GEARHEART,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 0:20cv0060-HRW**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

## ORDER EXTENDING SCHEDULING ORDER DEADLINE

On Motion to Extend Scheduling Order Deadline, filed by the Parties, the Court being of the opinion that the requested extension will not impact the trial date and is otherwise well taken, it is

ORDERED, that the deadline for the Parties to file the Administrative Record is extended to and including November 13, 2020.

This 15th day of October 2020.

**Signed By:**
***Henry R Wilhoit Jr.***
**United States District Judge**