UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND
*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| MICHAEL GEARHART,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 0:20-cv-00060-HRW |

**JOINT NOTICE OF SETTLEMENT**

** ** ** ** ** ** ** ** ** **

Plaintiff Michael Gearheart and Defendant The Lincoln National Life Insurance Company (collectively "the Parties"), by and through their respective counsel, hereby jointly notify the Clerk and the Court pursuant to Local Rule 54.1 that the Parties have reached a settlement in principle in this matter. The Parties respectfully ask the Court to allow forty-five (45) days to finalize the settlement, and to stay any pending deadlines during such time. Once the settlement is finalized, the Parties propose that they shall submit a Joint Stipulation of Dismissal.

Respectfully submitted:

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
M. AUSTIN MEHR
Email: amehr@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

and

*/s/ Iwana Rademaekers* (with permission)
IWANA RADEMAEKERS
Email: iwana@rademaekerslaw.com
**Law Offices of Iwana Rademaekers, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, pgf@austinmehr.com,shall@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, shall@austinmehr.com

**Manual Notice List**

- No manual recipients

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY