**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND**

| | | |
|---|---|---|
| **MICHAEL GEARHEART,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 0:20cv0060-HRW** |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Michael Gearheart and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 21st day of December 2020.

Respectfully submitted,

By: /s/Elizabeth A. Thornsbury
Elizabeth A. Thornsbury
Email: elizabeth@austinmehr.com
M. Austin Mehr
Email: amehr@austinmehr.com
MEHR, FAIRBANKS & PETERSON
Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507

Telephone: (859) 225-3731
Facsimile: (859) 225-3830

COUNSEL FOR PLAINTIFF

**- AND -**

By: __/s/ Iwana Rademaekers__________________

Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT