**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**Civil Action No. 20-60-HRW**

**MICHAEL GEARHART,** **PLAINTIFF,**

**v.** **ORDER**

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY,** **DEFENDANT.**

This matter is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [Docket No. 20].

Accordingly, **IT IS HEREBY ORDERED** that this case be **DISMISSED WITH PREJUDICE**.

This 4th day of January 2021.

**Signed By:**
***Henry R Wilhoit Jr.***
**United States District Judge**